## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SUZANNE VISCOMI,<br><br>                    Plaintiff,<br><br>        v.<br><br>BOROUGH OF RED BANK, et al.,<br><br>                    Defendants. | Civil Action No. 25-16360 (ZNQ) (RLS)<br><br><br>**PRETRIAL SCHEDULING ORDER** |

**THIS MATTER** having come before the Court for an Initial Scheduling Conference pursuant to Rule 16 of the Federal Rules of Civil Procedure on January 7, 2026; and the Court having conferred with counsel concerning the timing and scope of discovery; and for good cause shown,

**IT IS** on this **7th** day of **January 2026**, hereby

**ORDERED** that:

1. The parties shall serve initial disclosures under Federal Rule of Civil Procedure 26 by no later than **January 30, 2026**;

2. The parties shall serve initial written discovery requests by no later than **March 2, 2026**;

3. Each party shall serve no more than **twenty-five (25)** interrogatories to the Plaintiff and the Borough of Red Bank and no more than **ten (10)** supplemental interrogatories to each other Defendant;

4. Each party shall conduct no more than **ten (10)** depositions, absent leave of Court;

5. Any motion to amend the pleadings or join new parties must be with leave of Court and filed by no later than **May 1, 2026**;

6. Fact discovery shall be completed by no later than **October 15, 2026**. This deadline will not be extended absent a showing of good cause upon timely application;

7. The Court will set the deadlines for the completion of expert discovery and dispositive motions at a later date; and it is further

**ORDERED** that a telephone status conference will be held before the undersigned on **April 13, 2026 at 2:30 p.m.** The Court will circulate a dial-in number at a later date. **No later than three (3) business days prior to the telephone status conference**, the parties shall submit a joint status letter to the Court via CM/ECF not to exceed three (3) pages, setting forth the status of discovery and identifying any issues ripe for discussion with the Court; and it is further

**ORDERED** that counsel will confer in an attempt to resolve any discovery or case management disputes before making such dispute the subject of an application to the Court. Any such dispute shall be brought promptly to the Court's attention by joint letter in accordance with the undersigned's Civil Case Management Order. **No discovery motion or motion for leave to amend will be entertained absent leave of Court and counsels' full compliance with L. Civ. R. 37.1(a)(1); _see also_ L. Civ. R. 16.1(f)**; and it is further

**ORDERED** that a date for the final pretrial conference will be set at a later date; and it is further

**ORDERED** that because all dates set forth herein are established with the assistance and knowledge of the parties, **there will be no extensions except for good cause shown and by leave of Court, even with consent of all parties**; and it is further

**ORDERED** that the Court may, from time to time, schedule conferences as may be required, either on its own or at the request of counsel; and it is further

**ORDERED** that failure to appear at subsequent conferences, or to comply with any of the terms of this Order, may result in sanctions; and it is further

**ORDERED that, pursuant to Local Civil Rule 16.1(b)(2), this Order shall be deemed to incorporate an order pursuant to Federal Rule of Evidence 502(d)**; and it is further

**ORDERED** that the parties shall review Local Civil Rule 73.1(a) regarding Civil Trials by Consent Before United States Magistrate Judges; and it is further

**ORDERED** that the parties are advised that the Court has various audio/visual and evidence presentation equipment available for use at trial at no cost to the Bar. This equipment includes an evidence presentation system, which consists of a document camera and a projector. The projector may be used to display images which originate from a variety of sources, including television, VCR and personal computer. The document camera may be used to display documents, photographs, charts, transparencies, and small objects. For further information, please contact the Courtroom Deputy Mark Morelli at (609) 989-0502; and it is further

**ORDERED** that counsel are invited to use the George H. Barlow Attorney Conference Room located on the third floor of the Courthouse Annex.  The room is equipped with telephones, laptop access/printer, copier, and fax.

**SO ORDERED**.

*/s/ Rukhsanah L. Singh*
**RUKHSANAH L. SINGH**
**UNITED STATES MAGISTRATE JUDGE**